## The Union M. F. Ins. Co. *v.* George E. Hopkins.

Costs on suits are regulated by the laws of the State.

In this action, which was assumpsit upon a premium note, judgment was rendered in the Court of Common Pleas, for the defendant. From this the plaintiff appealed to this Court, and here recovered judgment against the defendant for $15 96 debt.

*Lapham* for plaintiff, moves for costs, on the ground that the charter of the company provides that in a suit on a premium note by the company, against any one of its members, the company recovering any sum for their debt, shall also recover their costs.

*Browne* for defendant.

STAPLES, C. J.   Costs on suits are regulated by the laws of the State where the suits are brought. The law applicable to this case is clear and express. The statute, (P. L. p. 731, sec 2), provides that a plaintiff appealing to the Supreme Court shall recover no costs, unless he shall recover damages to the amount

The Union M. F. Ins. Co. *v.* George E. Hopkins.

of one hundred dollars or more, or unless title to real estate be brought in question, or the suit be in replevin, where the property recovered shall be of the value of one hundred dollars. If the defendant, by special agreement, has subjected himself to costs, the plaintiff's remedy should be on that agreement.

*Motion refused.*